# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **CRIMINAL NO. 4:09CR27-SDJ-KPJ-1** |
| **JAMES THOMAS COOPER II** | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months, to be served consecutively to any other sentence, with thirty (30) months of supervised release to follow, subject to the conditions previously stated and entered on the record. It is further recommended that within twenty-four (24) hours of release from the Bureau of Prisons, Defendant is required to report to a Cenikor facility and participate in an inpatient treatment program for eighteen to twenty-four (18–24) months, as recommended by Cenikor and approved by the supervising probation officer.

**So ORDERED and SIGNED this 18th day of October, 2019.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE