IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:09-CR-27-SDJ-KPJ |
| | § |
| JAMES THOMAS COOPER II | § |
| | § |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 1, 2020, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Kevin McClendon.

On October 14, 2009, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of one-hundred fifteen (115) months imprisonment, followed by three (3) years of supervised release for the offense of Bank Robbery. The term of supervised release was revoked on October 18, 2019, and Defendant was sentenced to six (6) months imprisonment followed by thirty (30) months of supervised release.

On January 22, 2020, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 119). The Petition asserts that Defendant violated the following condition of supervision: Defendant must report to a Cenikor Facility and participate in an inpatient treatment program for 18-24 months, as recommended by Cenikor and approved by the supervising probation officer.

The Petition asserts that Defendant violated this condition because on December 29, 2019, Defendant left the facility against clinical recommendation and was discharged from the program.

1

At the hearing, Defendant entered a plea of true to a violation of the allegations. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the July 1, 2020, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day with no supervised release to follow. The Court further recommends that Defendant serve his sentence at FMC Carswell in Fort Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 1st day of July, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE